| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1( b )<br><br>Denise Carlon<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>Manufacturers and Traders Trust Company also know as M&T Bank successor by merger to Hudson City Savings Bank, FSB |
| In Re:<br><br>Roberta L. Robinson<br><br>      DEBTOR(S), |

Order Filed on December 11, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  14-23879
Chapter 13
Hearing Date: December 11, 2018
Judge:  Michael B. Kaplan

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: December 11, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of <u>Manufacturers and Traders Trust Company also know as M&T Bank successor by merger to Hudson City Savings Bank, FSB</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

    **Land and premises commonly known as 15 Roxburn Place, Willingboro NJ 08046**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Roberta L. Robinson  
      Debtor

Case No. 14-23879-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Dec 12, 2018  
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2018.  
db            +Roberta L. Robinson,    15 Roxburn Place,    Willingboro, NJ 08046-2540

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2018                                                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2018 at the address(es) listed below:  
            Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
            Albert    Russo    docs@russotrustee.com  
            Andrew B. Finberg    on behalf of Debtor Roberta L. Robinson andy@sjbankruptcylaw.com,  
            abfecf@gmail.com;finbergar39848@notify.bestcase.com  
            Denise E. Carlon    on behalf of Creditor    MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOW AS  
            M&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB dcarlon@kmllawgroup.com,  
            bkgroup@kmllawgroup.com  
            Denise E. Carlon    on behalf of Creditor    Hudson City Savings Bank, FSB dcarlon@kmllawgroup.com,  
            bkgroup@kmllawgroup.com  
            Joshua I. Goldman    on behalf of Creditor    Hudson City Savings Bank, FSB  
            jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com  
                                                                                                                                                                                                                                                            TOTAL: 6