Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  14−23879−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Roberta L. Robinson
15 Roxburn Place
Willingboro, NJ 08046
Social Security No.:
xxx−xx−6984
Employer's Tax I.D. No.:

---

### NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/9/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 9, 2019
JAN: kmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 14-23879-MBK
Roberta L. Robinson                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2         Date Rcvd: Jan 09, 2019
                             Form ID: 148              Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2019.
```
db            +Roberta L. Robinson,    15 Roxburn Place,    Willingboro, NJ 08046-2540
514902270     +Beneficial Mutual,    106 S. 16th Street,    Philadelphia, PA 19102-2802
514902276      Hudson Bank,    c/o Kristina G. Murtha, Esquire,    102 Market Street,    Suite 5000,
                 Philadelphia, PA 19106
515060292     +Hudson City Savings Bank, FSB,    Bank of America, N.A.,    c/o Kivitz, McKeever, Lee P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
514902280     +Visa/DSNB,    P.O. Box 17759,    Clearwater, FL 33762-0759
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 09 2019 23:38:17     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 09 2019 23:38:10     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
514932858      EDI: AIS.COM Jan 10 2019 04:08:00     American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK  73126-8941
514902268      EDI: BANKAMER.COM Jan 10 2019 04:08:00     Bank of America Home Loans,    P.O. Box 5170,
                 Simi Valley, CA 93062-5170
514902271     +EDI: CAPITALONE.COM Jan 10 2019 04:08:00     Capital One,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
514902272      EDI: DISCOVER.COM Jan 10 2019 04:08:00     Discover Financial Services,    PO Box 15316,
                 Wilmington, DE 19850
514945374     +EDI: TSYS2.COM Jan 10 2019 04:08:00     Department Stores National Bank/Macy's,
                 Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
514924772     +EDI: TSYS2.COM Jan 10 2019 04:08:00     Department Stores National Bank/Visa,
                 Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
514910683      EDI: DISCOVER.COM Jan 10 2019 04:08:00     Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH  43054-3025
514902273     +EDI: RMSC.COM Jan 10 2019 04:08:00     GECRB/JC Penney's,    PO Box 965005,
                 Orlando, FL 32896-5005
514902274     +EDI: RMSC.COM Jan 10 2019 04:08:00     GECRB/Sam's Club DC,    PO Box 965005,
                 Orlando, FL 32896-5005
514902275     +EDI: HFC.COM Jan 10 2019 04:08:00     HSBC Bank,    P.O. Box 9,    Buffalo, NY 14240-0009
514902277     +EDI: RESURGENT.COM Jan 10 2019 04:08:00     LVNV Funding LLC,    625 Pilot Road,    Suite 3,
                 Las Vegas, NV 89119-4485
514960719      EDI: RESURGENT.COM Jan 10 2019 04:08:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of GE Money Bank,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
514902278      EDI: TSYS2.COM Jan 10 2019 04:08:00     Macys,    P.O. Box 17759,    Clearwater, FL 33762-0759
514902279     +EDI: MID8.COM Jan 10 2019 04:08:00     Midland Funding,    8875 Aero Drive, Suite 200,
                 San Diego, CA 92123-2255
515131843      EDI: PRA.COM Jan 10 2019 04:08:00     Portfolio Recovery Associates, LLC,    c/o Capital One,
                 POB 41067,    Norfolk VA 23541
515136850      EDI: PRA.COM Jan 10 2019 04:08:00     Portfolio Recovery Associates, LLC,    c/o Metris,
                 POB 41067,    Norfolk VA 23541
                                                                                       TOTAL: 18
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514902269*     Bank of America Home Loans,    PO Box 5170,    Simi Valley, CA 93062-5170
                                                                       TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2019                              Signature:   /s/Joseph Speetjens

District/off: 0312-3                User: admin                    Page 2 of 2                      Date Rcvd: Jan 09, 2019
                                    Form ID: 148                   Total Noticed: 23

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2019 at the address(es) listed below:
      Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
      Albert   Russo    docs@russotrustee.com
      Andrew B. Finberg    on behalf of Debtor Roberta L. Robinson andy@sjbankruptcylaw.com,
       abfecf@gmail.com;finbergar39848@notify.bestcase.com
      Denise E. Carlon    on behalf of Creditor    MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOW AS
      M&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor    Hudson City Savings Bank, FSB dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Joshua I. Goldman    on behalf of Creditor    Hudson City Savings Bank, FSB
       jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com

                                                                           TOTAL: 6